JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE LINE, INC., a California corporation, et al.<br><br>Defendants. | CASE NO.: CV 09-06197 SJO (FMOx)<br><br>**JUDGMENT** |

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendants Blue Line, Inc. and Haeng Sik Choi, and plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Judgment.doc

1  Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare
2  Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund,
3  Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund,
4  Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund,
5  Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of
6  the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and
7  Pipefitters National Pension Fund, and Trustees of the International Training Fund
8  shall recover from defendants Blue Line, Inc. and Haeng Sik Choi, jointly and
9  severally, the principal amount of $30,000.00, plus pre-judgment and post-judgment
10 interest thereon at the rate of seven and one-half percent (7.5%) per annum from May
11 15, 2010, until paid in full.

13       May 24, 2010                           *S. James Otero*
14 DATED: _____            _____
15                                 UNITED STATES DISTRICT JUDGE